**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 – *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
RIO PROPERTIES, LLC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KURT S. SIMPSON, an Individual, | |
| Plaintiff, | CASE NO.: 2:15-cv-01634-RCJ-VCF |
| vs. | |
| RIO PROPERTIES, LLC., d/b/a RIO ALL-SUITE HOTEL & CASINO, a Domestic Limited-Liability Company; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendant. | |

<u>**STIPULATION AND ORDER**</u>
**FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their

///
///
///
///
///

MBBM
MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

Page 1 of 2

1  respective fees and costs incurred.

2  DATED this 10 day of May, 2016.

3  **MORAN BRANDON BENDAVID MORAN**     **SHOOK & STONE, CHTD.**

Bar 5499
John Shook for,

6  **LEW BRANDON, JR., ESQ.**     **LEONARD H. STONE, ESQ.**
   Nevada Bar No.: 5880                          Nevada Bar No. 5791
7  **JUSTIN W. SMERBER, ESQ.**     710 South Fourth Street
   Nevada Bar No.: 10761                         Las Vegas, Nevada 89101
8  630 S. Fourth Street                          Attorney for Plaintiff,
   Las Vegas, Nevada 89101                       KURT S. SIMPSON
9  Attorneys for Defendant,
10 FLAMINGO LAS VEGAS PROPCO, LLC

11

12  **IT IS ORDERED** that the above entitled matter be dismissed with prejudice,

13  leaving no remaining parties, each party bear their respective fees and costs incurred.

14  **DATED** this 12th day of May, 2016.

15

16

17  _____
    **UNITED STATES DISTRICT JUDGE**

18  *Respectfully Submitted:*

19  **MORAN BRANDON BENDAVID MORAN**

20

21  /s/ Lew Brandon, Jr., Esq.
    _____
    **LEW BRANDON, JR., ESQ.**
22  Nevada Bar No. 5880
    **JUSTIN W. SMERBER, ESQ.**
23  Nevada Bar No. 10761
    630 S. Fourth Street
24  Las Vegas, Nevada 89101
    Attorneys for Defendant,
25  RIO PROPERTIES, LLC.

26

27

28

MBBM
MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

Page 2 of 2